People v Scission (2024 NY Slip Op 01476)

People v Scission

2024 NY Slip Op 01476

Decided on March 15, 2024

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on March 15, 2024

PRESENT: LINDLEY, J.P., MONTOUR, GREENWOOD, NOWAK, AND DELCONTE, JJ. (Filed Mar. 15, 2024.) 

MOTION NO. (427/09) KA 08-00124.

[*1]THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT, 
v
RASHAD SCISSION, DEFENDANT-APPELLANT.

MEMORANDUM AND ORDER
Motion for writ of error coram nobis denied.